UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AEVOE CORPORATION

      Plaintiff(s),                           No. C 11-03215 JSW

  v.                                    **CLERK'S NOTICE**

STANLEY PACE

      Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on **September 7, 2012 at 1:30 p.m.**, in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the **Further Case Management Conference** previously scheduled for June 8, 2012 , in this matter. A joint case management statement shall be due on or before August 31, 2012.

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: June 4, 2012

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.