UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEVOE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>STANLEY PACE,<br><br>    Defendant. | Case No.  11-cv-03215-WHO<br><br>**ORDER REQUIRING JOINT CASE STATUS REPORT** |

On July 25, 2012, this case was stayed pending appeal. Docket No. 51. On or before December 1, 2013, and every six months thereafter while the appeal is pending, the parties shall file a Joint Notice of Case Status informing the Court of the status of the appeal. Defendant shall also file a report informing the Court of the status of this matter within 10 days of the Ninth Circuit's ruling.

**IT IS SO ORDERED**.

Dated: October 17, 2013



WILLIAM H. ORRICK
United States District Judge