ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Plaintiff
AEVOE CORPORATION

MIKE RODENBAUGH (CSB No. 179059)
mike@rodenbaugh.com
ERIN D. VIVION (CSB NO. 262599)
erin@rodenbaugh.com
RODENBAUGH LAW
548 Market Street
San Francisco, CA  94104
Tel/Fax: (415) 738-8087

Attorneys for Defendant
STANLEY PACE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AEVOE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY PACE et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV11-03215 (WHO)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER (FED. R. CIV. P. 41)**<br><br>Before:  Hon. William H. Orrick |

1       Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Counterclaim Defendant Aevoe

2   Corporation and Defendant and Counterclaim Plaintiff Stanley Pace hereby dismiss all claims and

3   counterclaims in this action with prejudice, with each party to bear its own fees and costs.

4

5

6   Dated: March 24, 2014                      FENWICK & WEST LLP

7                        By: /s/ *Jedediah Wakefield*
                                     Jedediah Wakefield

8                        Attorneys for Plaintiff
                         AEVOE CORPORATION

9                        ANDREW P. BRIDGES
                         abridges@fenwick.com

10                       JEDEDIAH WAKEFIELD
                         jwakefield@fenwick.com

11                       SEBASTIAN KAPLAN
                         skaplan@fenwick.com

12                       FENWICK & WEST LLP
                         555 California Street, 12th Floor

13                       San Francisco, CA  94104
                         Telephone:   (415) 875-2300

14                       Facsimile:     (415) 281-1350

15

16                       RODENBAUGH LAW

17                       By: /s/ *Michael Rodenbaugh*
                                     Michael Rodenbaugh

18                       Attorneys for Defendant
                         STANLEY PACE

19                       RODENBAUGH LAW

20                       548 Market Street
                         San Francisco, California 94104

21                       Telephone:  (415) 7348-8087
                         mike@rodenbaugh.com

22

23

24

25

26

27

28

1

**ORDER**

2
      Pursuant to stipulation, it is SO ORDERED.

3

4
Dated: March 25, 2014

_____
Honorable William H. Orrick
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28