Case: 12-15999 03/25/2014 ID: 9035511 DktEntry: 140 Page: 1 of 1

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AEVOE CORPORATION, a California corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> STANLEY PACE, <br><br> Defendant - Appellant. | No. 12-15999 <br><br> D.C. No. 3:11-cv-03215-JSW <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The parties' stipulated motion to voluntarily dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b) is granted. The appeal is dismissed with prejudice. Each side shall bear its own costs and fees. This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk